UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00172-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANCISCO GERMAN RAMIREZ-GUTIERREZ, a/k/a Alberto Gonzalez,

      Defendant.

---

### ORDER

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, May 28, 2008,** and responses to these motions shall be filed by **Friday, June 6, 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, June 17, 2008, at 3:00 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, June 30, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated:  April 30, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge