FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAY 20 PM 3:11

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

PS 60
(rev D/CO)

# United States District Court

## District of Colorado

United States of America

vs

Hector Garcia-Zambrano

Case No. 08cr-00175-WYD

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Hector Garcia-Zambrano, have discussed with Sarah J. Heppe, Probation Officer, modification of my release as follows:

The defendant shall be placed on home detention with electronic monitoring. During this time, the defendant will be restricted to his residence at all times, except for employment, education, religious services, medical, substance abuse, attorney visits, court appearances, court ordered obligations, or other activities as pre-approved by the pretrial services officer. The defendant will be required to pay the cost of monitoring.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/13/08  _____  5/13/08
Signature of Defendant    Date    Probation Officer            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  5/14/08
Signature of Defense Counsel   Date

_____  14 MAY 2008
Signature of Assistant U.S. Attorney   Date

[X] The above modification of conditions of release is ordered, to be effective on 5/19/2008

[ ] The above modification of conditions of release is not ordered.

_Michael E. Hegarty_   5/19/08
Signature of Judicial Officer   Date