IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO GERMAN RAMIREZ-GUTIERREZ,

    Defendant.

---

### ORDER

---

    Upon consideration of the Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) and for good cause shown, it is hereby

    ORDERED that an additional one-point reduction in the defendant's offense level is **GRANTED.**

    DATED this <u>1st</u> of December, 2008.

                      BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL
                        CHIEF UNITED STATES DISTRICT JUDGE